UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AKATA MARIA LISA SMITH,<br><br>    Defendant. | CASE NO. MJ 11-067<br><br>DETENTION ORDER |

<u>Offense charged</u>:    Conspiracy to Interfere with Commerce by Robbery

<u>Date of Detention Hearing</u>:    March 14, 2011

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    Defendant and a co-defendant are charged with conspiring to obtain, for the purpose of distribution, cocaine and methamphetamine by robbing a residence where narcotics

were stored.

(2) Defendant has no stable residence or employment history. She has a serious multi-substance abuse history, a lengthy criminal record with multiple failures to appear for hearing, and is associated with 15 aliases and 2 dates of birth. She has no viable release address.

(3) Defendant poses a risk of nonappearance due to unstable residential history, lack of viable release address, extensive history of failing to appear, history of failing to comply with court orders, pending matters in other court jurisdictions, active warrants, mental health concerns, and substance abuse issues. Defendant poses a risk of danger due to the nature of the instant offense, criminal history, a history of failing to comply with court orders, and substance abuse issues.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant

is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of March, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge