The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AKATA SMITH, <br><br> Defendant. | No. CR11-083 RAJ <br><br> ORDER GRANTING STIPULATED MOTION TO RELEASE DEFENDANT |

THIS MATTER comes before the Court upon a stipulated motion to release Ms. Smith from custody at the Federal Detention Center in Seatac, where she is currently being held pending an evidentiary hearing on alleged supervised release violations in this matter. Having considered the entirety of the records and file herein, the Court hereby GRANTS this motion (Dkt. #66).

It is ORDERED that Ms. Smith be released from custody on July 11, 2014, pending the evidentiary hearing in this matter. Ms. Smith shall be released subject to the original terms of her supervised release, with an added condition that she attend inpatient drug treatment as directed by the Probation Office. Upon release from custody, Ms. Smith shall proceed directly to inpatient drug treatment.

DATED this 10th day of July, 2014.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED MOTION TO
RELEASE DEFENDANT
(*Akata Smith*; No. CR11-083 RAJ) - 1

LAW OFFICE OF CHRISTOPHER BLACK, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401